T-Tat.t.. Judge —
 

 The rule, that the party should be prepared in two terms to set the cause for hearing, is a good one, it prevents delay, and where the parties have taken no steps to prepare for trial, the causes have been, generally dismissed, because it would avail the party nothing either to have the cause heard, or set for trial in that unprepared
 
 state;
 
 but cases may happen where a Defendant admits enough in his answer to entitle the Complainant to a decree for something, although in other parts of his answer he may deny other allegations in the bill which it is incumbent in the Complainant to establish by proof; however without procuring such proof, the Complainant may wish to have the cause heard on bill and answer,
 
 or
 
 set for hearing upon bill and answer. This
 
 *372
 
 j (¡link he is 'entitled to have
 
 done;
 
 as it was not done, Í think a writ of Procedendo oiurht to issue: but the ° ’ Complainant will not, of course, be entitled to take tes» ^mony ¡n cause, he can only do it upon sufficient cause shewn.
 

 And of this opinion were the other Judges.